Name: Kevin Ernst Duclairon
Address: P.O. Box 3322 _____ (Homeless 2017-2018)
Portland, OR. 97208
Phone: None - Kevinluke02@ hotmail.com

FILED 21 JUN '18 12:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

Kevin Ernst Duclairon
slaves or subordinates to LGBTQ Community & Grace Community Church Klan
Plaintiff(s),

3'18  CV  1095-AC

Civil Case No: 3:12-CV-01753-HU

coup

vs. 1. Gabriele Franklin    4. Jonathan Szabo (KKK)
2. Guy Franklin            5. Allan Paul (KKK)
3. John F. MacArthur(KKK)  6. Melinda MacArthur (KKK)

Defendant(s).

In July 25, 2013 I filed this case against the above people from New Rochelle N.Y. & Grace Community church (Sun Valley, CA.). Since that day nothing has changed. The same Rape (nightly), Sexual Harassment, Stalking, physical assaults, Trespassing in my apartments (Grand Oaks wil shire Apt. Reach'; West Shore apts. 2013-2019; Gretchen Kafoury commons -2015-2017 (Cascade Management) destruction of Property, forced homosexuality, control, Manipulation, slavery, Subordination that they have done against me in California 1990-1999 & Washington state (Seattle - 1999-2012) they have continued in Portland oregon 2012-2018. I have sought (over)

Dated: 6/21/18

Kevin E. Duclairon

The help and assistance of The Police Department in Portland, Beaverton, Tigard & San Diego to file charges against those people when they have come out against me through the LGBTQ community (Sexual liberation community). The police has dismissed all reports & labeled me as having a mental disorder. When I also proceeded to seek the assistance of the IPR (Independent Police Review) for the negligence of the police in not believing my reports, they too stood against me. So has the District Attorney (office of Rod under Hill), Mayors (Ted Wheeler & the Mayor before him), governors Christine Gregoire (Seattle WA.), Governor Kate Brown (Portland), Adams Greg Nickels & the Salem Oregon Mayor. And many other offices. They have all dismissed the allegations of Sexual Abuse, Physical abuse, discrimination, Racism and hate poured out against me indirectly through men & women unknowable Gabrielle Franklin & Grace community church member. They refuse to leave me alone, They have closed every door of opportunity & advancement against me so that I would not live as an equal in the U.S. but as a sex slave to homosexuals & a subordinate to whites, gays & klansmen in all churches, apartment complexes, seminaries, employment, homeless establishments, banks, Public Library Library etc... They have access to any home I have rented, storages (NW storage in Portland), Rental Boxes from Sterling Bank (Seattle WA. 2006 - 2012) and umpQua bank (2014 - 2018). As a matter of fact, to day they trespassed and unlocked my lock at 2 yrs in The Pearl district 2X, My Storage room 4221 where They left my computer bag unlocked (my laptop has all my photos, sermon videos, word Docs, Book manuscripts on it) and my bank Box #644 at umpQua Bank on 1st Ave. The Manager Summer has terminated my relationship with the bank and has asked me not to return because of my accusation and allegations against suspected staff members representing Gabrielle Franklin & John F. MacArthur in the staff. With this is also the fact that MacArthur & those assisting him have entered the box and taken the flash drives and have deleted sermon videos, ministry photos, Manuscripts on Ecclesiastes a series I just completed. These people treat me like a slave who have no constitutional, civil & biblical rights to live as their equal in the U.S. Can I but U.S. District court judge remove, change & free & into these people for their Queer Gospel